E-FILED
Thursday, 07 June, 2007 10:43:10 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 0 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JOSEPH LEE PATE

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- MJ-6046

I, the undersigned complainant duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about June 6, 2007 in Peoria County, in the Central District of Illinois the defendants (Track Statutory Language of Offense)

knowingly possessed more than 5 grams of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B)

I further state that I am a(n) Task Force Officer - DEA and that this Complaint is based on the following facts:

SEE ATTACHMENT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ Agent

Signature of Complainant
John Couve
Task Force Officer - DEA

Sworn to before me and subscribed in my presence,

June 7, 2007 at Peoria, IL
Date                     City and State

JOHN A. GORMAN
United States Magistrate Judge

s/ John A. Gorman

Name & Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past nineteen years and is currently assigned to the Special Investigations Division, Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois in October 2004.

2. This affidavit is made in support of an application for an arrest warrant for Joseph L. PATE. The unlawful activities are the possession with intent to distribute more than five grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(B).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. Peoria Police Special Investigations Division (SID) received information that PATE was a distributor of crack cocaine in the Peoria area. Enough information was gathered to prepare a complaint for search warrant and search warrant for PATE and 2014 W. Ayres, Peoria, Illinois. These documents were reviewed and signed by Judge R. Steenrod.

5. On June 6, 2007, members of the Peoria Police S.I.D. unit conducted surveillance at 2014 W. Ayres. Officers also knew PATE to not have a valid driver's license. Surveillance Officers observed PATE leave 2014 W. Ayres driving a vehicle. A traffic stop was conducted on PATE and his vehicle. As Officers approached the driver's side of PATE's vehicle in an effort to arrest him for driving with no valid driver's license, PATE ran away from Officers on foot. As Officer's pursued PATE on foot, PATE kicked in the front door of a house at 800 S. Blaine, Peoria, Illinois. Officers pursued PATE into the residence and were able to secure and arrest PATE in an upstairs bathroom of this residence. A search of the vehicle that PATE had fled from, Officers located a clear plastic sandwich bag. The clear plastic sandwich bag contained six (6) individual clear plastic baggies each containing a quantity of crack cocaine. The weight of the six baggies of crack cocaine weighed approximately 16.7 grams with packaging. Officer B. Dixon field tested one of the baggies of crack cocaine using the Valtox kit and received a positive reaction for the presence of cocaine by color.

1

6. A short time later, the search warrant at 2014 W. Ayres, Peoria, Illinois was executed. During a search of the residence, Officers located a clear plastic bag containing a quantity of crack cocaine. The bag of crack cocaine weighed approximately 28.9 grams with packaging. Officer B. Dixon field tested the crack cocaine using the Valtox kit and received a positive reaction for the presence of cocaine by color.

7. In the house, Officers also located a digital scale with suspected cocaine residue on it. Officer B. Dixon field tested the residue on the scale using the Valtox kit and received a positive reaction for the presence of cocaine by color. Also in the house, Officers located drug notes on a piece of paper and $22,888.00 in U.S. Currency.

8. Later, PATE was interviewed at the Peoria Police Department. After PATE signed a Miranda waiver form, PATE admitted that the crack cocaine in the vehicle and the crack cocaine at the residence belonged to him and that he sold crack cocaine in Peoria.

9. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Joseph L. PATE.

s/ Agent

TFO John P. Couve
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

June 7, 2007

s/ John A. Gorman

United States Magistrate Judge
John A. Gorman
Peoria, Illinois

2