1:07-cr-10077-MMM-JAG   # 3   Page 1 of 1

E-FILED
Friday, 08 June, 2007 01:20:13 PM
Clerk, U.S. District Court, ILCD

AO 470 (8/85) Order of Temporary Detention

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**FILED**
JUN 7 2007

UNITED STATES OF AMERICA

v.

Joseph Lee Pate
_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 07-6046

Upon motion of the __Government__, it is ORDERED that a detention hearing is set for __Tues. 6/12/07__ at __@ 11:00 A.M.__
_Date_ _Time_

before __Honorable John A. Gorman__
_Name of Judicial Officer_

__Peoria Illinois__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( __USM__

_____ ) and produced for the hearing.
_Other Custodial Official_

__6/07/07__
_Date_

s/MICHAEL M. MIHM
_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.