E-FILED
Thursday, 14 June, 2007 12:05:27 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 JUN -7 P 9:00
US MARSHAL SERVICE

UNITED STATES OF AMERICA

v.

JOSEPH LEE PATE

**WARRANT FOR ARREST**

CASE NUMBER: 07-MJ-6046

**FILED**
JUN 1 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSEPH LEE PATE
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

possession of more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 841(b)(1)(B)

| JOHN A. GORMAN | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ John A. Gorman | 6-7-07    Peoria, IL. |
| Signature of Issuing Officer | Date and Location |

s/ John A. Gorman

Bail fixed at  $  No Bond   by  _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at _____

Peoria

| DATE RECEIVED 06/07/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/07/07 | DEA/TFO John Couve | Larry Hall |