IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
JUN 1 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07- 10077 |
| | ) VIO: Title 21, United States Code, § 841(a)(1) |
| | )     and 841(b)(1)(B) |
| JOSEPH PATE, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1
**(Possession of Cocaine Base (Crack) with Intent to Distribute)**

The Grand Jury charges:

On or about June 6, 2007, in a vehicle he was operating, in Peoria County, in the Central District of Illinois, the defendant,

**JOSEPH PATE,**

knowingly possessed more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2
**(Possession of Cocaine Base (Crack)**

On or about June 6, 2007, at 2014 W. Ayres, in Peoria County, in the Central District of Illinois, the defendant,

**JOSEPH PATE,**

knowingly possessed more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A True Bill.
s/ Foreperson

Foreperson

s/ Assistant U.S. Attorney

_____, AUSA
for RODGER A. HEATON
UNITED STATES ATTORNEY

BWM