E-FILED
Monday, 25 June, 2007 12:44:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **07-10077**<br>) |
| **Joseph Pate**<br>    Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:00 AM** on **Thursday, August 9, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, August 20, 2007**

at

[X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 25th day of June, 2007

                                s/ John A. Gorman
                                JOHN A. GORMAN
                                U.S. MAGISTRATE JUDGE