E-FILED
Tuesday, 26 June, 2007  02:14:38 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-10077 |
| | ) | |
| JOSEPH PATE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF INTENT
## TO USE EVIDENCE OF PRIOR CONVICTIONS

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Joseph Pate, and his counsel, Robert Alvarado, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug conviction:

6/1/07    Peoria County, IL    06-CF-1389    Possession of Controlled Substance

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Bradley W. Murphy
**BRADLEY W. MURPHY**
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26,, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Robert Alvarado
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, IL 61602


        s/ Kim Ritthaler
        Legal Assistant