**E-FILED**
Tuesday, 24 July, 2007  03:45:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-10077 |
| | ) | |
| JOSEPH L. PATE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW**

Now comes ROBERT A. ALVARADO and the Office of the Federal Public Defender for the Central District of Illinois and respectfully requests this Court to allow counsel to withdraw from representation of defendant in this cause due to irreconcilable differences.

WHEREFORE, counsel respectfully requests this Court to allow him to withdraw from representation of defendant.

JOSEPH L. PATE, Defendant


BY:      s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2007 I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following: Assistant

United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400,

Peoria, IL 61602.


s/ Robert A. Alvarado


ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org