IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.07-10077 |
| | ) |
| JOSEPH PATE, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

    NOW comes TIMOTHY CUSACK, C.J.A. Attorney for Defendant, JOSEPH PATE in the above entitled cause and moves to withdraw as counsel for the Defendant stating that while attempting to ascertain any objections the Defendant may have to the Pre-sentence Report filed by the U.S. Probation Officer, the Defendant became so argumentative with counsel that irreparable harm has occurred to the attorney-client relationship such that counsel is therefore currently in an adversarial or potentially adversarial relationship with this Defendant related to his representation in this case which fully impairs the continued attorney-client relationship.

    WHEREFORE, Counsel for the Defendant respectfully requests this Court to allow him to withdraw from representing this Defendant further, that new counsel be appointed, that Defendant be given additional time in which to file any objections to his Pre-Sentence Report pursuant to FRCP 32(f)(1), or for any further relief theat the Court may deem just and appropriate.

Respectfully submitted,

*/s/ Timothy J. Cusack*
TIMOTHY J. CUSACK, Attorney

## CERTIFICATION

The undersigned hereby certifies that the instrument above, entitled <u>Motion to Withdraw,</u> was served upon the following by Electronic Filing on January 28, 2008:

AUSA Bradley W. Murphy     brad.murphy@usdoj.gov

*/s/ Timothy J. Cusack*

Timothy J. Cusack
Attorney at Law
timothycusack@sbcglobal.net
P.O. Box 10461
Peoria, Illinois 61612
309.682-7266