Honorable Michael M. Mihm

January 24, 2008

07-10077

FILED
JAN 2 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Your Honor:

    I write you in regard to my pending case in which you preside over. I first like to address the situation pertaining with my lawyer Timothy Cusack, and myself. From the very beginning he has continue to be pessimistic in my situation. He discuss certain things to me, but never explained those things in detail. For example, he asked me to plead guilty serveral times, but never told why. Therefore I have always been in some type of dilemma and never knowing the real reason why. It is inevitable that I bring this problem to your attention. Judge all I expect is justice, and, I am willing to accept my responsibility in order to receive that justice.

    Also it is a few things in my P.S.I. that I would like to refute. I have discussed this matter as well with Mr. Cusack, but again to no avail. I am somewhat aware of the time limits in certain issue. I pray that you acknowledge to my endeavors. Please grant me the opportunity to correct the mistakes in my P.S.I.

    Your Honor, I thank you in advance for your time and most of all for your service. I look forward to your response.

Respectfully,
Joseph L. Pate