FILED    E-FILED
Thursday, 07 February, 2008  08:55:57 AM
Clerk, U.S. District Court, ILCD

FEB - 7 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-10077

TO WHOM IT MAY CONCERN,

HELLO MY NAME IT HATTIE PATE,I'M THE MOTHER OF JOSEPH PATE.FIRST OF ALL I WOULD LIKE TO SAY THAT I REALIZE THAT JOSEPH IS AN GROW MAN & HE MUST EXCEPT HIS RESPONABILE.I HATE TO SAY IT ,BUT I'M TRYIN TO COUPE WITH THE FACTS THAT MY SON IS GOING TO GET SOME PRISON TIME.THIS IS MY GREATEST FARE, HE HASN'T NEVER BEEN TO PRISON AND I;M SO SCARED THAT HE MIGHT NOT COME BACK,OR EVEN COME BACK ALIVE, OR I MIGHT BE EVEN DECESED WHEN HE COME HOME.I JUST DON'T KNOW I DO KNOW ONE THING FOR SURE THAT JOSEPH ISN'T GOING TO BE LIKE A LOT OF OTHER MAN THAT GO TO PRISON AND GET OUT THEN TURN AROUND AND GO BACK.I KNOW HE'LL NEVER DO ANYTHING TO GO BACK,ONCE HE'S RELEASED.EVEN THRO  GOD LOAN HIM TO ME  SO I COULD RAISE HIM ,I RAISE HIM TO THE BEST OF MY ABILITY,THEY SAY THAT ARE CHILDREN REFLECTS OFF OF HOW WE WAS RAISED.WELL AS ME I WAS RAISE IN A FOSTER HOME,AND BAD THINGS EVEN HAPPEN TO ME WHILE I WAS THERE.  I TRIED  MY BEST AS AN SINGLE PARENT,TO RAISE MY CHILDREN,GOD KNOWS I NEVER WANTED THEM TO HAVE AN LIFE LIKE I HAD. .JOSEPH FATHER WAS FOUND DEAD  SOMEWHERE IN CHICAGO ,HE WAS YOUNG WHEN THIS HAPPEN.(I WISH THAT THERE WAS AN FATHER FIGURE IN HIS LIFE),BUT ANYWAY AS AN MOTHER I PRAY EVERYDAY THAT MY CHILD WILL BE ABLE TO COME HOME AND DON'T GET THAT MUCH TIME WE'RE NOT AN RICH FAMILY,BUT WE'RE AN LOVING FAMILY .JOSEPH IS AN VERY

2-1-08

CAREING,LOVIN YOUNG MAN , HE LOVES HIS SISTERS AND
FAMILY SO MUCH JUST LIKE WE ALL LOVE HIM. THIS IS MY
ONLY SON  . I DON'T  KNOW HOW AN FATHER WOULD FEEL,
CAUSE THERE ARE ALL TYPE OF FATHERS THAT ARE GOOD
AND SOME ARE BAD JUST AS WELL AS THE MOTHERS.BUT  I
KNOW IM ONE OF THESE GOOD MOTHERS THAT LOVES
THERE CHILDREN. GOD HOW IM SO SCARES FOR HIM IM
PROBLEY MORE SCARED THEN WHAT HE IS.I NEED MY CHILD,I
WANT HIM ,ME AND HIS SISTERS TO BE ABLE TO HAVE ARE
FAMILY BACK,JOSEPH HAS ALWAYS BEEN  HELPFUL CHILD.I
KNOW THAT HIS RECORD AT THAT GOOD.BUT I WOULD LIKE
TO TELL YOU AN LITTLE ABOUT HIM AS AN CHILD.JOSEPH
WAS IN SPECIAL ED WHEN HE WAS IN SCHOOL,AND AS AN
CHILD AROUND THE AGE OF 12 OR 13 HE WAS PUT AN THEM
PILLS CALL RIDALYN.JOSEPH HAS NO CHILDREN,BUT HE HAS
WHAT WE CALL AN STEP-DAUGTHER,THAT HE LOVES VERY
MUCH AND SHE LOVES HIM.THE LITTLE GIRL KNOW THAT
JOSEPH IS NOT HER REAL FATHER,BUT  SHE LOOKS UP TO
HIM BECAUSE HE T OOK TIME OUT WITH HER & DO THE
THINGS THAT A REAL FATHER IS SOPPSE TO DO. I WISH
THAT THERE WAS SOME KIND OF PROGAM OR HOUSE
ARREST,JUST ANYTHING BUT PRISON.I HOPE THAT HE'LL BE
PLACE SOMEWHERE CLOSE TO HOME,WHERE ME & HIS
SISTERS WILL BE ABLE TO COME AN VISIT HIM. THE THINGS
THAT I'M SAYING  I HOPE THAT THIS DOESN'T HURT MY SON
CASE,IT'S JUST AN LOVING MOTHER SAYIN AN FEW THINGS
ABOUT HER CHILD.CAUSE IF I SAY ANY MORE I'LL BE
WRITING AN BOOK. I REALLY APPECIATE YOU TAKING THE
TIME OUT TO READ THIS LETTER.

Hattie Patt