UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-10077 |
| ) | |
| JOSEPH PATE, ) | |
| ) | |
| Defendant. ) | |

**REQUEST FOR TRANSCRIPT**

NOW comes Defendant, JOSEPH PATE by THOMAS R. IBEN, his appointed counsel, who requests to be provided with a transcript of Defendant's plea hearing so that he can be familiar with the proceedings leading to the sentencing in this cause.

Respectfully submitted,

JOSEPH PATE, Defendant

By: THOMAS R. IBEN, ATTORNEY AT LAW
  s/ Thomas R. Iben, Attorney Bar No. 7221
  Attorney for Defendant JOSEPH PATE
 Thomas R. Iben, Attorney at Law
 321-A Main Street
 Peoria, IL 61602-1313
 Telephone:  (309) 674-7625

 Telefax: (309) 674-2806
 email: thomasriben@sbcglobal.net

**PROOF OF SERVICE**

I hereby certify that on **March 14, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Brad Murphy, Assistant United States Attorney**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

      s/ Thomas R. Iben, Attorney Bar No. 7221  
Attorney for Defendant JOSEPH PATE  
Thomas R. Iben, Attorney at Law  
321-A Main Street  
Peoria, IL 61602-1313  
Telephone:  (309) 674-7625  
Telefax: (309) 674-2806  
email: thomasriben@sbcglobal.net