**E-FILED**
Thursday, 20 March, 2008  11:24:33 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
     Plaintiff,           )
         )
vs.       )  Case No. 05-10061
         )
JOSEPH PATE,    )
     Defendant. )

### SUBSTITUTION OF ATTORNEY'S AND ENTRY OF APPEARANCE

  NOW COMES the Defendant, JOSEPH PATE, by his attorney, John P. Lonergan, and enters his appearance on behalf of the Defendant, JOSEPH PATE, as substitute counsel for counsel of record.

  That counsel has spoken with current CJA counsel, TOM IBEN, who has no objection.

  NOW COMES the Defendant, JOSEPH PATE, and asks this Honorable Court to grant the Substitution of Counsel to permit attorney JOHN LONERGAN to represent the Defendant, Joseph Pate in this matter and to allow CJA counsel, TOM IBEN to withdraw from this case.

         /s/ John P. Lonergan
        John P. Lonergan, His Attorney

John P. Lonergan, P.C.
Attorney at Law
411 Hamilton Blvd., Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-3939
Facsimile:  (309) 676-5489
jplonergan@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-10061 |
| | ) | |
| JOSEPH PATE, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the Substitution of Attorneys and Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney's Office.

/s/ John P. Lonergan
JOHN P. LONERGAN
Bar Number 6211885
Attorney for Defendant
411 Hamilton Blvd., Suite 1708
Peoria, Illinois  61602
Phone: (309) 673-3939
Fax : (309)676-5489
E-mail : jplonergan@hotmail.com